## IN THE MATTER OF HAL W. VAUGHN, JR.
### (SUPREME COURT DISCIPLINARY NO. 598)
#### (387 SE2d 893)

PER CURIAM.

Vaughn was charged by the investigative panel of the State Bar of Georgia with a violation of Standard 63 of Bar Rule 4-102, in that he failed properly to discharge certain obligations of a client by paying out funds entrusted to him for that purpose.[1]

He now seeks voluntary discipline by the surrender of his license to practice law. The Special Master recommends such a course, as does the Review Panel.

The petition for voluntary discipline is granted.

*License surrendered. All the Justices concur.*

DECIDED NOVEMBER 22, 1989.

*William P. Smith III, General Counsel State Bar, Viola S. Drew, Assistant General Counsel State Bar,* for State Bar of Georgia.

---

[1] For an earlier appearance of this matter, see *In the Matter of Hal W. Vaughn, Jr.*, 259 Ga. 186 (378 SE2d 126) (1989).

*Alan M. Medof,* for Vaughn.